THE ST. LOUIS & SAN FRANCISCO RAILWAY COMPANY
v. WILLIAM SANDERS.

*L. T. & S. W. Rly. Co. v. Forbes*, 37 Kas. 445, followed.

ACTION brought before a justice of the peace of Butler county by *Sanders* against *The Railway Company*, to recover $207.50 damages on account of property destroyed by fire occasioned by the alleged negligence of the defendant. Judgment by default for the plaintiff; defendant appealed to the district court of said county. At the June term, 1887, the court sustained the motion filed by plaintiff to dismiss the appeal. The defendant company brings the case here. The opinion herein was filed at the session of the court in December, 1888.

*Mansfield, Eaton & Pollock*, for plaintiff in error.

*Per Curiam:* Upon the authority of *L. T. & S. W. Rly. Co. v. Forbes*, 37 Kas. 445, the judgment of the district court will be reversed, and the cause remanded for further proceedings.

We think it necessary to add that the word "prescribed" should read "proscribed," in the twenty-fourth line of page 452, 37 Kas. "Proscribed" is the word used in the opinion, and by error was improperly changed in printing to "prescribed."